# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00262-CV
## NO. 03-16-00264-CV

**Stacey Hammer, Appellant**

**v.**

**University Federal Credit Union; Wayne Morgan a/k/a El Campo Real Estate, LP a/k/a The Morgan Children, Inc. a/k/a Preferred Properties; Venessa Zapata Peters; and Kerry L. Haliburton, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
### NO. D-1-GN-15-000557, HONORABLE KARIN CRUMP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Stacey Hammer has notified this Court that she has filed for bankruptcy protection (United States Bankruptcy Court, D. Colo., chapter 7, docket number 16-20158-EEB). *See* Tex. R. App. P. 8.1.  Accordingly, this appeal is stayed.  *See* 11 U.S.C. § 362(a); Tex. R. App. P. 8.2.  Any party may file a motion to reinstate upon the occurrence of an event that would allow the appeal to proceed.  *See* Tex. R. App. P. 8.3(a).  Failure to notify this Court of a lift of the automatic stay or the conclusion of the bankruptcy proceeding may result in the dismissal of this appeal for want of prosecution.  *See id*. R. 42.3(b).

Before Justices Puryear, Pemberton, and Field

Bankruptcy

Filed:   October 28, 2016